# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

145245 & (13)(17)(18)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MAURICE JEREL CLOUD,
     Defendant-Appellant.

SC:  145245
COA:  309016
Wayne CC:  10-012471-FC

_____/

On order of the Court, the motion to add issues is GRANTED.  The motion for expansion of the record is GRANTED insofar as the affidavit submitted by the defendant is considered as an offer of proof.  The application for leave to appeal the April 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

h0122